UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN ORTIZ,<br><br>    Petitioner,<br><br>    v.<br><br>JOE SOTO, Warden, etc., et al.,<br><br>    Respondents. | No. CV 14-2685 JFW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge re Dismissal of Unexhausted Claims. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Grounds Four and Five of the Petition are dismissed without prejudice.

DATED: December 19, 2014

JOHN F. WALTER
United States District Judge