1

2

3                                                                      JS-6

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   EFRAIN ORTIZ,                        )   No. CV 14-2685 JFW (FFM)
                                          )
11                  Petitioner,           )
                                          )   JUDGMENT
12        v.                              )
                                          )
13   JOE SOTO, Warden, California State   )
     Prison, Los Angeles County and       )
14   KAMALA HARRIS, Attorney General,  )
     State of California,                  )
15                                        )
                    Respondents.          )
16   _____  )

17        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

18   United States Magistrate Judge,

19        IT IS ADJUDGED that the Petition is denied with prejudice.

20

21   DATED: March 23, 2015

22

23   _____
                    JOHN F. WALTER
24                  United States District Judge

25

26

27

28